\*\*Original filed 1/11/07\*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL GREEN, | ) | No. C 06-7617 JF (PR) |
| Plaintiff, | ) | ORDER OF TRANSFER |
| vs. | ) | |
| KIMBERLY HALL, et al., | ) | |
| Defendants. | ) | (Docket No. 2) |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 concerning his request for a copy of a 2004 police report from the Fresno County Public Defender's Office. Plaintiff is currently incarcerated at Atascadero State Hospital in Atascadero, California. Because the acts complained of occurred in Fresno County and the Defendants are located in Fresno County, which lies within the venue of the Eastern District of California, venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b).

This case is therefore TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a).

Order of Transfer
P:\pro-se\sj.jf\cr.06\Green617trans           1

1  Based upon the transfer, the Court will not rule upon Plaintiff's motion to proceed in
2  forma pauperis (docket no. 2).   The Clerk shall terminate all pending motions and
3  transfer the entire file to the Eastern District of California.
4       IT IS SO ORDERED.
5  DATED:  1/11/07

   JEREMY FOGEL
6  United States District Judge

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1   A copy of this ruling was mailed to the following:

2

3   Daniel Lamount Green
    A.T. # 056227-2
    Atascadero State Hospital, Unit 21
4   10333 El Camino Real
    P.O. Box 7001
5   Atascadero, CA  93423-7001

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Transfer
P:\pro-se\sj.jf\cr.06\Green617trans          3